IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cv-4-FL

| | |
|---|---|
| DERRIUS ATKINSON,<br><br>    Plaintiff,<br><br>v.<br><br>DEVIN JAMES, in his individual capacity; MATT SASSER, in his official capacity as Sheriff of Greene County; and WESTERN SURETY COMPANY, in its capacity as Surety on the Official Bond of the Sheriff of Greene County,<br><br>    Defendants. | **CONSENT ORDER COMPELLING DISCLOSURE OF DOCUMENTS FROM THE N.C. SHERIFFS' EDUCATION & TRAINING STANDARDS COMMISSION** |

Upon Plaintiff's Motion for Consent Order Compelling Disclosure of Documents from the N.C. Sheriffs Education and Training Standards Commission ("the Commission"), for the reasons stated in Plaintiff's Motion, and with the consent of Defendants and the Commission, this Court hereby **ORDERS** the Commission to produce all documents regarding the Commission's certification of Defendant Devin Ryan James, including documents and correspondence related to Defendant James's initial application for certification and any renewal applications, as well as any action taken by the Commission related to his certification. The production shall be subject to the provisions of this Court's Protective Order dated June 4, 2024 (Doc. No. 19).

Dated: 9/9/24.

_____
LOUISE W. FLANAGAN
United States District Judge